THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 18, 2014



Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE:  **Doris M. Voyta and**          Case No. 14-28609-pp
        **Ralph A. Voyta,**

        Debtors.                        Chapter 7

---

### ORDER GRANTING EXEMPTION FROM 11 U.S.C. §109(h)(4) REQUIREMENT THAT DEBTOR OBTAIN A CREDIT BRIEFING

---

The debtors filed this Chapter 7 case on July 7, 2014. On the same day, counsel for the debtor filed a motion asking the Court to exempt debtor Ralph A. Voyta from the requirement that he complete a credit counseling course. Mr. Voyta suffers from mental impairments which leave him unable to make legal or financial decisions by himself.

Because the debtor's certification, corroborated by his physician's documentation, meets the requirements of 11 U.S.C. §109(h)(4), the Court hereby **GRANTS** the debtor's motion for exemption from the 11 U.S.C. § 109(h)(4) requirement that he obtain a credit briefing. The Court **ORDERS** that

1

the debtor be allowed to proceed with his bankruptcy without providing a copy of a credit briefing certificate.

# # # # #

Case 14-28609-pp    Doc 10    Filed 07/18/14    Page 2 of 2